Case 2:21-cv-00134-LRS    ECF No. 15    filed 12/08/21    PageID.1237    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY S.,[1]<br><br>            Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | NO: 2:21-CV-0134-LRS-1<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the Defendant's Stipulated Motion for Remand, ECF No. 14. Based on the stipulation of the parties, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Stipulated Motion for Remand, **ECF No. 14** is **GRANTED**.

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. On remand, the ALJ will take any action necessary to further develop

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy. *See* LCivR 5.2(c).

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

the record and hold a de novo hearing; re-consider the severity of Plaintiff's alleged impairments, including diabetic neuropathy; re-consider the prior administrative medical findings and opinion evidence; obtain vocational expert (VE) testimony if warranted; reconsider the sequential evaluation process, as necessary; and issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Motion for Summary Judgment, **ECF No. 13**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** December 8, 2021.

LONNY R. SUKO
Senior United States District Judge

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 2